IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DANETTE NEVELS, et al.                                                                         PLAINTIFFS

vs.                                                              CIVIL ACTION NO. 3:08cv303-HTW-LRA

AT&T MOBILITY, et al.                                                                         DEFENDANTS

**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT
AGAINST CELLCO PARTNERS D/B/A/ VERIZON WIRELESS**

THIS CAUSE CAME on for hearing on the Joint Motion of Cellco Partners d/b/a/ Verizon Wireless (Verizon Wireless) and Plaintiffs Danette Nevels, Mattie Braggs, Dorothy A. Williams, and Laura A. Ware, for Themselves and Others Similarly Situated, for entry of an order dismissing the First Amended Complaint and all claims against Verizon Wireless stated therein without prejudice.

The Court has considered the Joint Motion and finds that it is well-taken, that no parties have an interest in this order other than Plaintiffs and Verizon Wireless, and that the Motion should be, and it is hereby, granted.

IT IS, THEREFORE, ORDERED that the First Amended Complaint be, and it is hereby, dismissed without prejudice and without taxation of costs, each party to bear its own costs and attorney fees, as to Verizon Wireless.

SO ORDERED this 28th day of August, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

s/W. Scott Welch, III
W. SCOTT WELCH, III, MB No. 7093
swelch@bakerdonelson.com
ATTORNEY FOR CELLCO PARTNERS

D/B/A VERIZON WIRELESS