IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DANETTE NEVELS, MATTIE BRAGGS,
DOROTHY A. WILLIAMS, LAURA M. WARE,
FOR THEMSELVES, AND OTHERS
SIMILARLY SITUATED                                                                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:08-CV-00303-HTW-LRA

AT&T MOBILITY LLC, SPRINT NEXTEL
CORPORATIONS, ALLTEL COMMUNICATIONS
WIRELESS, INC., CELLULAR SOUTH, INC.
VERIZON COMMUNICATIONS, INC., UNITED
STATES CELLULAR CORPORATIONS, AND
VIRGIN MOBILE USA, LLC                                                                              DEFENDANTS

**AGREED ORDER OF DISMISSAL OF ALLTEL COMMUNICATIONS, LLC**

THIS CAUSE came on for hearing upon the joint *ore tenus* motion of the plaintiffs and Defendant Alltel Communications, LLC incorrectly named and served as Alltel Communications Wireless, Inc. ("Alltel"), that the First Amended Complaint be dismissed as to Alltel, without prejudice, and the Court being advised that plaintiffs have agreed to the proposed dismissal finds that the motion is well taken and that it should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that plaintiffs' First Amended Complaint against Alltel should be and is hereby dismissed, without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of August, 2008.

**s/ HENRY T. WINGATE**
_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

s/Brian B. Hannula
Fred Krutz, MSB #4270
Brian B. Hannula, MSB #101150
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: 601-960-8600
Facsimile: 601-960-8613
Attorneys for Alltel Communications, LLC

s/Brina K. Herrington
Herrington Law, PA
Post Office Box 769
Jackson, MS 39205
Telephone: 601-949-9456
Facsimile: 888-576-8385
Attorney for Plaintiffs